# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.                                      CASE NO. 5:11-cv-177-MW/CJK

CORRECTIONS CORPORATION
OF AMERICA, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14, filed January 8, 2013. While no objections have been filed, the Report and Recommendation mailed to the Plaintiff was returned to the clerk's office as undeliverable, ECF No. 15. The Court notes that it is the responsibility of all parties to keep the clerk's office advised of their respective addresses. Upon consideration of the Report and Recommendation

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED

WITHOUT PREJUDICE as malicious under 28 U.S.C. §1915(e)(2)(B)(i) for the Plaintiff's abuse of the judicial process." The clerk must close the file.

SO ORDERED on January 28, 2013.

s/Mark E. Walker  
United States District Judge